■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD URENA, Appellant. [700 NYS2d 882] —Motion to vacate dismissal of appeal denied. Memorandum: The motion to vacate the dismissal of the appeal is denied because defendant has not met the requirements of 22 NYCRR 1000.13 (g). The motion was made more than one year from the date of dismissal, and defendant has failed to demonstrate "a reasonable excuse for the delay and an intent to perfect the appeal within a reasonable time" (22 NYCRR 1000.13 [g]). Present—Green, J. P., Pine, Wisner, Scudder and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOSE SANTIAGO, Defendant. [700 NYS2d 881] —Motion for change of venue denied. Memorandum: We conclude that defendant has not met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Monroe County (CPL 230.20 [2]). If it develops during voir dire that a fair and impartial jury cannot be drawn, an appropriate motion may then be made. The relief requested in the application is premature (*see, People v Mateo*, 239 AD2d 965; *see also, People v DiPiazza*, 24 NY2d 342). Present— Green, J. P., Hayes, Pigott, Jr., Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v LLOYD BROWN, Defendant. [700 NYS2d 784] —Motion to renew denied. Memorandum: The motion to renew the CPL 460.30 motion is denied. A claim that counsel misrepresented the benefits that defendant would receive from the plea bargain should be raised in a CPL article 440 motion. Present—Green, J. P., Pine, Wisner, Scudder and Callahan, JJ.

■ In the Matter of JAMES FRONK, for Reinstatement. [700 NYS2d 780] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ. (Filed Dec. 8, 1999.)

■ In the Matter of DOUGLAS R. HAWKINS, for Reinstatement. [700 NYS2d 780] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Green, J. P., Pine, Wisner, Pigott, Jr., and Callahan, JJ. (Filed Dec. 8, 1999.)